UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JASON PAUL ARNOLD,

        Petitioner,                      Case No. 2:13-cv-337

v.                                        Honorable Robert Holmes Bell

UNITED STATES OF AMERICA,

        Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner Jason Paul Arnold filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is currently being held on felony firearm charges in this court. On September 23, 2013, the court ordered that Petitioner be sent for a psychiatric evaluation after he began displaying delusional behavior. Petitioner has now filed a rambling, incoherent petition alleging a variety of misconduct to which he was allegedly subjected to while institutionalized as a teenager. Because Petitioner has failed to allege any facts showing that he is entitled to relief under § 2241, the undersigned recommends that Petitioner's application for habeas corpus relief be dismissed with prejudice.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal.

*United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

         /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2013